THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ZACHARY ENTZ,<br><br>               Defendant. | CASE NO. CR22-0130-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on attorney Thomas Coe's motion to withdraw (Dkt. No. 57). The motion does not comply with CrR 62.2. Accordingly, counsel is DIRECTED to refile the motion in a form which complies with the local rules.

      DATED this 12th day of April 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
CR22-0139-JCC
PAGE - 1