The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY D. ENTZ,<br><br>　　　　　Defendant. | NO.  CR22-0130 JCC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR DEFENDANT'S COUNSEL TO WITHDRAW |

THIS MATTER comes before the court upon the motion of the defendant's counsel to withdraw.

IT IS HEREBY ORDERED that Thomas D. Coe is permitted to withdraw as counsel herein.

DONE this 24th day of April 2024.

*/s/ John C. Coughenour*

_____
The Honorable John C. Coughenour
United State District Court Judge

ORDER ON MOTION FOR DEFENDANT'S COUNSEL TO WITHDRAW
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

Presented by:

/s/ Thomas D. Coe
By:_____
THOMAS D. COE WSB #23689
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER ON MOTION FOR DEFENDANT'S COUNSEL TO WITHDRAW
Page - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816